UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ARTHUR MOSUELA, JR.,

                              NO. CIV. S-06-1969 LKK/DAD

        Plaintiff,

   v.                               O R D E R

AUTOZONE, INC., and
DOES 1-25, inclusive,

        Defendants.
_____/

    The court is in receipt of plaintiff's request for a continuance of the status conference currently set for November 13, 2006 at 2:30 p.m. Counsel for plaintiff has stated that he is in the process of closing his office. In order to provide plaintiff with time to retain new counsel, the court hereby CONTINUES the status conference currently set for November 13, 2006 at 2:30 p.m.

////

////

////

1

1  to February 12, 2007 at 2:30 p.m.
2       IT IS SO ORDERED.
3       DATED: November 3, 2006.

```
                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```