UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ARTHUR MOSUELA, JR.,

        Plaintiff,

   v.

AUTOZONE, INC.,

        Defendant.
_____/

NO. CIV. S-06-1969 LKK/DAD

O R D E R

    The court is in receipt of the stipulation for substitution of attorneys signed by plaintiff's counsel, Gary Gibson, and plaintiff. According to the stipulation, plaintiff is now representing himself pro per. Accordingly, the court orders as follows:

    1.   Counsel for plaintiff, Gary Gibson, is substituted out as counsel. Plaintiff has elected to represent himself pro per. All court correspondence should be directed to plaintiff:

////

1

1           Arthur Mosuela, Jr.
2           20460 Gas Point Road, Cottonwood, CA 96022
3           Phone: (530) 347-1919
4    2.  If not already completed, counsel Gary Gibson is
5        directed to release all client papers and property to
6        clients within fifteen (15) days of the date of this
7        order, including correspondence, pleadings, deposition
8        transcripts, exhibits, physical evidence, expert
9        reports, and other items reasonably necessary to the
10       client's representation, whether the client has paid for
11       them or not, in accordance with Rule 3-700(D) of the
12       California Rules of Professional Conduct.
13   3.  Pursuant to Local Rule 72-302(c)(21), this matter is
14       REFERRED to the assigned magistrate judge for all
15       further pretrial proceedings.
16   4.  The status conference currently set before the
17       undersigned on February 12, 2007 is VACATED.
18   IT IS SO ORDERED.
19   DATED: February 8, 2007.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT