1  ALDEN J. PARKER (Cal. Bar No. 196808)
   BASHAM PARKER LLP
2  555 University Avenue, Suite 170
   Sacramento, California 95825
3  Telephone: (916) 925-5850
   Facsimile: (916) 925-5845
4
   Attorneys for Plaintiff
5  ARTHUR MOSUELA, JR.

6

7                    UNITED STATES DISTRICT COURT

8              IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 ARTHUR MOSUELA, JR.,                  Case No. CIV S-06-1969 LKK DAD PS

11        Plaintiff,

12    v.                                 **SUBSTITUTION OF ATTORNEY**

13 AUTOZONE, INC.,                       Complaint Filed:  July 26, 2006
                                         Trial:            None
14        Defendants.

15

16        Plaintiff ARTHUR MOSUELA, JR. ("Plaintiff"), hereby substitutes Basham

17 Parker LLP, 555 University Avenue, Suite 170, Sacramento, California 95825 (916) 925-5850 in

18 the place of himself, currently in pro per, as his attorney of record. In addition, Plaintiff hereby

19 requests this matter be transferred back to the honorable Lawrence K. Karlton for a Case Status

20 Conference.

21        I consent to this substitution.

22 Date: February 13, 2007

23                                       By:_____/S/_____
24                                              Arthur Mosuela, Jr.

25        I consent to this substitution.

26 Date: February 13, 2007               BASHAM PARKER LLP

27
                                         By:_____/S/_____
28                                              Alden J. Parker

Substitution of Attorney                              CIV S-06-1969 LKK DAD PS

1

## ORDER

It is hereby granted the Substitution of Alden J. Parker and Basham Parker LLP as counsel for Plaintiff.  It is further ordered this matter be transferred back to the Honorable Lawrence K. Karlton for a Case Status Conference.

DATED:  February 13, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders/prose/mosuela1969.subatty

Substitution of Attorney                                                                  CIV S-06-1969 LKK DAD PS

**PROOF OF SERVICE**

I, the undersigned, declare that:

I am employed in the County of Sacramento, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 University Avenue, Suite 170, Sacramento, California 95825.

On February 13, 2007, I served the within:

**SUBSTITUTION OF ATTORNEY**

<u>xxxxxxx</u>   by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid for deposit in the United States Post Office mail box, at my business address shown above, following Basham Parker LLP's ordinary business practices for the collection and processing of mail, of which I am readily familiar, and addressed as set forth below.

_____   by sending a copy by facsimile to the person(s) at the address(es) and facsimile number(s) set forth below.

JEREMY A. ROTH
JERRILYN T. MALANA
LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. BROADWAY, SUITE 900
SAN DIEGO, CA 92101

RICHARD R. GRAY
LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 VENUTRE OAKS WAY, SUITE 390
SACRAMENTO, CA 95833

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed on February 13, 2007, at Sacramento, California.

_____/S/_____
Nicole Schaeffer