1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8              FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10  ARTHUR MOSUELA, JR.,
                                    NO. Civ.S-06-1969 LKK/DAD
11           Plaintiff,
12       v.                         **ORDER RE DISPOSAL
                                    DOCUMENTS AFTER**
13  AUTOZONE, INC.                  **NOTIFICATION OF SETTLEMENT**
14           Defendant.
15  _____/
16      Counsel for plaintiff has filed a Notice of Settlement in the
17  above-captioned case.  The court now orders that the dispositional
18  documents disposing of the case be filed within forty-five (45)
19  days from the effective date of this order.
20      All hearing dates heretofore set in this matter are hereby
21  **VACATED.**
22  //
23  //
24  //
25  //
26

                                    1

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2  <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4  IT IS SO ORDERED.
5  DATED:  April 15, 2008.

        /s/ Lawrence K. Karlton
        LAWRENCE K. KARLTON
        SENIOR JUDGE
        UNITED STATES DISTRICT COURT